IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 3 1 2006

Michael N. Milby, Clerk of Court

| | |
|---|---|
| **LOUIS HAYES** § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIV. N**G-06-515** |
| § | |
| **PERCY MILLER a/k/a "MASTER P,"** § | |
| **MASTER P MUSIC, LLC, GUTTAR MUSIC,** § | |
| **INC., KOCH ENTERTAINMENT LP, KOCH** § | |
| **ENTERTAINMENT GP LLC, and KOCH** § | |
| **ENTERTAINMENT DISTRIBUTION, LLC** § | |
| *Defendants.* § | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Louis Hayes ("Hayes") brings this action against Defendants Percy Miller a/k/a "Master P," Master P Music, L.L.C., Guttar Music, Inc., Koch Entertainment LP, Koch Entertainment GP, LLC , Koch Entertainment Distribution, LLC ("Koch"), and The New No Limit Records ("New No Limit") and respectfully shows this Court the following:

### I.
### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101 et seq.).

2. This Court has jurisdiction of this action under 28 U.S.C. §1338(a) and 28 U.S.C. §1331.

3. Venue is proper in this District under 28 U.S.C. §1400(a) in that Defendant Miller resides in this District and/or may be found in this District.

4. Venue is also proper in this District under 28 U.S.C. §1391(b) in that substantial acts of copyright infringement giving rise to Plaintiff's claims in this case occurred in this District.

5. Venue is also proper in this District under 28 U.S.C. §1391(c) in that all Defendants have

substantial business contacts with this District.

## II.
## PARTIES

6. Plaintiff Hayes is an individual who is a citizen of the State of Texas.

7. Defendant Percy Miller is an individual who is a citizen of the State of Texas, and may be served with process at 2422 Linwood Drive, Missouri City, Texas 77459; 3211 Broken Bough Drive, Missouri City, Texas 77459; or 3207 Broken Bough Drive, Missouri City, Texas 77459.

8. Defendant Koch Entertainment LP is a Delaware limited, with its principal place of business in the State of New York; Defendant Koch Entertainment GP LLC is a Delaware limited liability company headquartered in New York; and, Defendant Koch Entertainment Distribution LLC is a Delaware limited liability company, headquartered in New York (collectively "Koch Defendants"). The Koch Defendants do not have a registered agent for service of process in the State of Texas. Service of process on these defendants thus may be made according to the laws of the State of Texas by serving the Texas Secretary of State, who should forward summons and a copy of this Complaint to the Koch Defendants' address: Michael I. Koch, 22 Harbor Park Drive, Port Washington, New York 11050.

9. Defendant Master P Music, LLC is a Louisiana limited liability company, headquartered in Louisiana; This Defendant can be served via the Secretary of State at its headquarters: Roy H. Maughan, Jr., 634 Connell's Park Lane, Baton Rouge, Louisiana 70806. Defendant Guttar Music, Inc. is a California company headquartered in California. This Defendant can be served via the Secretary of State at its headquarters: 11718 Barrington Court, Suite 735, Los Angeles, California 90049.

## III.
## FACTS

10.  In early 2000, Hayes formed a rap group called the "Top Rank Boyz," consisting of Hayes, Shannon Hayes, Gayvin Goff, Daniel Patterson, and Yusulf Benson ("Benson"). These individuals wrote the music and lyrics to the musical work "Where You From," which they recorded and released later that year on their compact disk ("CD"), "U Already Know."

11.  On or about September 26, 2000, Hayes was issued a Certificate of Registration from the United States Copyright Office for the musical work "Where You From" (Attached hereto as Exhibit "1").

12.  Hayes provided members of the Top Rank Boyz, including Benson, with copies of the "U Already Know" CD so the members could go out and promote the CD.

13.  Percy Miller a/k/a "Master P" is a rap artist that owns or controls Defendants Master P Music, LLC and Guttar Music, Inc. In late 2000, Benson met Defendant Miller at a restaurant in Houston, Texas. Benson and Miller struck up conversation, during which Benson advised Miller that he too was a rap artist. Because Miller was a well known rap music producer, Benson asked Miller if he would listen to his music.

14.  Benson then joined Miller in Miller's black Ford Excursion where they listened to Benson's single, "You Belong To Me." In order to promote the Top Rank Boyz' CD, Benson then gave Miller a copy of the "U Already Know" CD, which Miller said he would listen to it in full. Again, the song "Where You From" was on the "U Already Know" CD.

15.  All Defendants are involved in the recording, manufacturing, distributing, licensing, and

marketing of recorded music. The Koch Defendants are specifically involved in the distributing of recorded music, and have worked with Master P to distribute his music for several years.

16. On or about February 22, 2005, without any right, Defendants produced, manufactured, marketed, distributed, licensed, and sold an identical or substantially similar recorded version of Plaintiff's "Where You From", which was owned and copyrighted by Hayes. Without Hayes' knowledge or authority, this music recording was released on CD and cassette, distributed for public sale, and played on radio stations. Specifically, the Koch Defendants distributed the song, which is protected by Plaintiff's copyright.

17. When Hayes heard Defendant Miller's version of "Where You From," which Miller titled "Where U From" and which had a substantially similar musical "hook" and lyrics, he knew that his copyright had been infringed. He thus brings this action.

## IV.
## COPYRIGHT INFRINGEMENT

18. Prior to Defendants' release of their version of "Where You From," Hayes along with Shannon Hayes, Gayvin Goff, and Daniel Patterson created and authored the music and lyrics contained in the musical work entitled "Where You From," from which a sound recording was produced and distributed in CD form to various persons, including Miller and the entities that he owns and controls.

19. Hayes' sound recording is comprised of material wholly original which was composed by him and is copyrightable subject matter under the laws of the United States.

20. At all times, Hayes duly complied with all of the laws applicable to his sound recording as a copyrighted work, and on September 26, 2000, Hayes duly registered a claim thereto in the United

States Copyright Office, evidenced by a Certificate of Registration issued by the Register of Copyrights, dated and identified as follows: September 26, 2000, PA 1-267-392 (Exhibit 1).

21. At all timed pertinent hereto, Hayes has duly complied with all provisions of the Copyright Laws of the United States applicable to his sound recording.

22. Since September 26, 2000, Hayes has been and still is the proprietor of the statutory copyright in his sound recording, and is duly possessed of all rights, title, and interests therein.

23. In late 2000, Benson provided Miller with sound recordings which included "Where You From." By this time, Hayes had already completed the process of registering his music and lyrics from "Where You From" with the United States Copyright Office.

24. Subsequently, on or about February 22, 2005, Defendants infringed the statutory copyright of Hayes by recording and selling a song entitled "Where U From" which was substantially similar to Hayes' copyrighted song, "Where You From."

25. Title 17 U.S.C. §501 provides that "[a]nyone who violates any of the exclusive rights of the copyright owner as provided by sections 106 through 122 . . . is an infringer of the copyright."

26. Defendants never received authorization from Hayes to use his sound recording titled "Where You From" in the recording and production of "Where U From" in violation of 17 U.S.C. §106.

27. Defendants jointly and severally infringed the statutory copyright of Hayes' sound recording by substantially copying this recording; publicly performing this recording; making and distributing, or authorizing the making and distributing of a phonorecord containing this recording; and participating in or furthering such infringing acts.

28. The respective infringing acts of Defendants include, but are not limited to, the following:

    (a) Participating in and contributing to the copying of Hayes' sound recording in the

creation of the song entitled "Where U From";

(b)     Participating in, contributing to, and profiting from the making and distributing of phonorecords in the United States, serving to reproduce mechanically the recording of "Where U From"; and

(c)     Profiting from the public performance of Hayes' sound recording utilized in the production of "Where U From."

29.     Defendants' respective infringing acts were, and if continued, hereafter will be, committed willfully.

30.     Defendants' respective infringing acts have caused and are causing great injury to Hayes, which damage cannot be accurately computed; and unless this Court restrains Defendants from the further commission of these acts, Hayes will suffer irreparable injury, for which Hayes is without any adequate remedy at law.

## V.
## RELIEF REQUESTED

31.     That Defendants, and each of them, and their respective agents, servants, representatives, and employees be permanently enjoined from infringing on Hayes' statutory copyright after a trial on the merits. This includes distributing copies of, and making and distributing phonorecords of the recording of "Where U From," and from licensing and contributing to or participating in any further infringing acts as provided by 17 U.S.C. §§502 and 503.

32.     That Defendants, and each of them, be required to account for all gains, profits, and advantages derived by Defendants from each of their infringements of the statutory copyright, and pay to Hayes all monies shown to be due and owing to Hayes pursuant to such accounting.

33. That Defendants, and each of them, be required to pay statutory damages for each work as provided by 17 U.S.C. §504(c)(1)-(2).

34. That Defendants, and each of them, be required to pay to Hayes the costs of this action, including reasonable attorney's fees necessary to prosecute this action, as provided by 17 U.S.C. §505.

## VI.
## JURY DEMAND

35. Hayes hereby demands a trial by jury.

## VII.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Hayes prays that Defendants be cited to appear and that he have judgment in equity and for damages against Defendants jointly and severally for all actual and punitive damages, prejudgment and post judgment interest, attorney's fees, and for such other and further relief as this Court deems appropriate.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: *Anthony G. Buzbee*
Anthony G. Buzbee
S.D. ID#: 22679
State Bar No. 24001820
Attorney-in-charge
1910 Ice & Cold Storage Building
104 21st Street (Moody)
Galveston, Texas 77550-1617
(409) 762-5393
(409) 762-0538 (FAX)
www.txattorneys.com

ATTORNEY FOR PLAINTIFF

Of Counsel:
**THE BUZBEE LAW FIRM**
Christopher K. Johns
S.D. ID#: 21630
State Bar No. 24002353

8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

117 815 550



9  26  2000



"WHERE YOU FROM"

PLAINTIFF'S EXHIBIT 1

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LOUIS HAYES

**DEFENDANTS**
PERCY MILLER a/k/a "MASTER P", ET AL.

(b) County of Residence of First Listed Plaintiff   **Fort Bend**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   **Fort Bend**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

United States Courts
Southern District of Texas
FILED
JUL 3 1 2006
Michael N. Milby, Clerk of Court

(c) Attorney's (Firm Name, Address, and Telephone Number)
Anthony G. Buzbee, The Buzbee Law Firm, 104 21st Street, Galveston, Texas 77550, 409-762-5393

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  / ☐ 370 Other Fraud |  | **LABOR** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **SOCIAL SECURITY** |  | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  |  / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN   (Place an "X" in One Box Only)
- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. § 101 et seq

Brief description of cause:
Copyright infringement.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE   7/31/06
SIGNATURE OF ATTORNEY OF RECORD   /s/ Anthony G. Buzbee

**FOR OFFICE USE ONLY**

RECEIPT # ____   AMOUNT ____   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____