| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Louis Hayes, §
§
       Plaintiff, §
§
versus § Civil Action G-06-515
§
Koch Entertainment, *et al.*, §
§
       Defendants. §

## Order Vacating Default Judgments

The default judgments against Percy Miller, Master P Music, L.L.C., and Guitar Music, Inc. are vacated. (27, 28, 29)

Signed on March 14, 2008, at Houston, Texas.

                                     Lynn N. Hughes
                              United States District Judge