| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| Louis Hayes, § § § Plaintiff, § § versus § § Percy Miller, *et al.*, § § Defendants. § | Civil Action G-06-515 |

## Final Judgment

1. The interlocutory default judgment entered in favor of Louis Hayes and against Percy Miller, Master P Music, LLC., and Guttar Music, Inc., is vacated.

2. Louis Hayes takes nothing from Percy Miller, Master P Music, LLC, and Guttar Music, Inc.

Signed on December 19, 2008, at Houston, Texas.

Lynn N. Hughes
United States District Judge